IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| RAMSEY LOUIS KETTLE | Violations:  18 U.S.C. §§ 1512(a)(2)(A), (a)(2)(B)(i), (a)(2)(C); 1513(b)(2); and 2 |

COUNT ONE

**Witness Tampering**

The Grand Jury Charges:

On or about April 16, 2025, in the Districts of North Dakota and Minnesota,

RAMSEY LOUIS KETTLE

used and attempted to use physical force against a person with intent to influence, delay, and prevent the person from testifying in an official proceeding, namely, a federal trial in the District of North Dakota, United States v. Jessica Trottier et al., Case No. 3:22-cr-00184;

In violation of Title 18, United States Code, Sections 1512(a)(2)(A) and 2.

<u>COUNT TWO</u>

**Witness Tampering**

The Grand Jury Further Charges:

On or about April 16, 2025, in the Districts of North Dakota and Minnesota,

RAMSEY LOUIS KETTLE

used and attempt to use physical force against a person with intent to cause and induce the person to withhold testimony, a record, a document, and other objects from an official proceeding, namely a federal trial in the District of North Dakota, <u>United States v. Jessica Trottier et al.</u>, Case No. 3:22-cr-00184;

In violation of Title 18, United States Code, Sections 1512(a)(2)(B)(i) and 2.

## COUNT THREE

**Witness Tampering**

The Grand Jury Further Charges

On or about April 16, 2025, in the Districts of North Dakota and Minnesota,

RAMSEY LOUIS KETTLE

used and attempted to use physical force against a person with intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States, of information relating to the commission and possible commission of a Federal offense;

In violation of Title 18, United States Code, Sections 1512(a)(2)(C) and 2.

## COUNT FOUR

**Obstructing Justice by Retaliating Against a Witness, Victim, or an Informant**

The Grand Jury Further Charges:

On or about April 16, 2025, in the Districts of North Dakota and Minnesota,

### RAMSEY LOUIS KETTLE

did knowingly engage in, threaten to engage in, and attempt to engage in conduct which caused bodily injury to a person, and threatened to do so, with intent to retaliate against the person for information given by the person to a law enforcement officer relating to the commission and possible commission of a Federal offense;

In violation of Title 18, United States Code, Sections 1513(b)(2) and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

AJS/alk